IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR28 |
| vs. | ) | |
| TAFT BURTTON, EMILY CLAYTON, and DANIEL LACY, | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on the defendant, Emily Clayton's unopposed Motion to Continue Trial [68]. Counsel needs additional time to conduct plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [68] is granted, as follows:

1. The jury trial, **for all defendants**, now set for October 30, 2023, is continued to **December 4, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 4, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 29, 2023.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: October 19, 2023.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge