**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:23CR28** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **TAFT BURTTON, EMILY CLAYTON, and DANIEL LACY,** | ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the defendant, Daniel Lacy's unopposed Motion to Continue Trial [75]. Counsel is involved in a multi-defendant murder trial specially set for the month of February 2024. The government and counsel for co-defendants, Taft Burtton and Emily Clayton have indicated they have no objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [75] is granted, as follows:

1. The jury trial, **for all defendants**, now set for February 5, 2024, is continued to **April 1, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 1, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  January 23, 2024.**

BY THE COURT:

**s/ Michael D. Nelson
United States Magistrate Judge**