IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR28 |
| | ) | |
| vs. | ) | |
| | ) | |
| TAFT BURTTON, EMILY CLAYTON, and | ) | ORDER |
| DANIEL LACY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the defendant, Taft Burton's unopposed Motion to Continue Trial [81]. Counsel has recently been appointed and needs additional time to review the evidence on confer with his client. The government and counsel for co-defendants, Daniel Lacy and Emily Clayton have indicated they have no objection to the continuance.    For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [81] is granted, as follows:

1. The jury trial, **for all defendants**, now set for April 1, 2024, is continued to **June 3, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 3, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, or would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: March 15, 2024.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge