IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR28 |
| v. | |
| TAFT BURTTON, EMILY CLAYTON and DANIEL LACY, | ORDER |
| Defendants. | |

This matter is before the Court on the defendant Emily Clayton's Motion to Continue Trial (Filing No. 83). Counsel needs additional time to conduct plea negotiations. Counsel for the government and defendants Taft Burrton and Daniel Lacy have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 83) is granted, in part, as follows:

1. The jury trial, **for all defendants**, now set for June 3, 2024, is continued to **July 15, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 15, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 22nd day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge