IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAFT BURTTON,<br><br>Defendant. | 8:23CR28<br><br><br>ORDER |

This matter is before the Court on defendant Taft Burtton's ("Burtton") Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Filing No. 175), which the Court will construe as a motion to proceed on appeal in forma pauperis.

For good cause shown, Burtton's motion is granted, and he is permitted to proceed on appeal in forma pauperis. *See* Fed. R. App. P. 24(a)(3).

IT IS SO ORDERED.

Dated this 19th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge